IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF TEXAS
_Houston_ DIVISION

United States Courts
Southern District of Texas
FILED
JAN 19 2022
Nathan Ochsner, Clerk of Court

_Otis Fogle 02361550_
Plaintiff's Name and ID Number

_Lynaugh Unit_
Place of Confinement

CASE NO._____
(Clerk will assign the number)

v.

_Harris County Sheriff Dept   701 North San Jacinto Houston TX 77002_
Defendant's Name and Address

_Sgt Collins Harris County Sheriff Dept  701 North San Jacinto Houston TX 77002_
Defendant's Name and Address

_Harris County Deputies (John Doe) Harris County would not release names._
_701 North San Jacinto Houston TX 77002_
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✔ NO
   B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: _____
      2. Parties to previous lawsuit:
         Plaintiff(s) _____
         Defendant(s) _____
      3. Court: (If federal, name the district; if state, name the county.) _____
      4. Cause number: _____
      5. Name of judge to whom case was assigned: _____
      6. Disposition: (Was the case dismissed, appealed, still pending?) _____
      7. Approximate date of disposition: _____

Rev. 05/15

2

II. PLACE OF PRESENT CONFINEMENT: Lynaugh Unit 1098 S Highway 2039 Fort Stockton TX 79735

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?  ✓ YES ___ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Otis Fogle
Lynaugh Unit 1098 S Highway 2039
Fort Stockton TX 79735

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Harris County Sheriff Dept
701 North San Jacinto Houston TX 77002

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Sheriff Deputies assaulted me broke my nose, cheek bone and ear canal

Defendant #2: Sgt Collins Harris County Sheriff Dept
701 North San Jacinto Houston TX 77002

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
Sgt Collins denied me medical attention after x-ray tech told him I needed to see a doctor. Put me in holding cell for 7 hrs with fractures to my face.

Defendant #3: _____

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On June 10, 2021 at 0330 while incarcerated at the Harris County Jail I was assaulted by an inmate. I was transported to the medical clinic at 1200 Baker St where I was given x-rays on my face where I was assaulted. The x-rays came back negative and cleared by medical staff to go back to General Population. I was told that I was being transferred to a diffrent cell block at 1200 baker St a cell block known for extreme violence. Fearing for my safety I asked the four deputies escorting me (one hispanic male, one hispanic woman, one black male and one

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like this incident investigated and all parties involved should get fired and criminaly charged and asking for 10 million dollars for pain and suffering from my injuries.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Otis Fogle III, Otis Fogle

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

_____

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date sanctions were imposed: _____
   4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

Rev. 05/15

C. Has any court ever warned or notified you that sanctions could be imposed? ____ YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _____

   2. Case number: _____

   3. Approximate date warning was issued: _____

Executed on: 1/11/22
          DATE

_____
*Otis Fogle*
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___11___ day of ___January___, 20 _22_.
           (Day)              (month)          (year)

_____
*Otis Fogle*
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

One Hispanic woman, one black male and one black female to speak to a shift supervisor to ask him if I could be placed in protective custody. The four deputies denied my request to speak to a supervisor several times. So I sat Indian style in a non-violent manner in front of cell block B1 sixth foor 1200 Baker ST. The deputies picked me up and threw me into B1 cell, I stood up and started to walk towards the front door when the Hispanic male deputy started punching me repeatedly on my face while he was punching me the black male deputy hand cuffed my hands behind my back and escorted me to the Hallway and walked me to the wall in front of B1 cell front door where he proceeded to slam my face into the wall. This all took place in front of a camera in B1 cell and the hallway camera in front of B1 cell. I blacked out for a brief moment then was escorted by the Hispanic male and Hispanic female deputies back to the clinic where due to extensive injuries to my face the Hispanic female deputy took pictures of my face and an x-ray tech took x-rays. While getting x-rays Sgt Collins the shift supervisor walked into the x-ray room and was told by the x-ray tech that I needed to see the doctor due to abnormal x-rays. Sgt Collins responded "no hes hes going back up to his cell". I looked at Sgt Collins in disbelief and told him "did you not hear what he said I need to see the doctor".

He responded "No you have time you talking your going back up to your cell." Set tellings then put me in the 1200 baker ST sixth floor holding cell by the elevators for seven hours with no medical attention while my face was fractured in three places. I tried to get some medical attention by waving my hands and putting my bloody face in front of the cameras and banging on the door but I was ignored. When they let me out they sent me to 701 San Jacinto 7th floor were I got on the kiosk and let medical know I was in extreme pain and that my nose was bleeding and needed medical attention. Twenty minutes later I was called to the 701 clinic and told that I had a broken nose, fractured ur canal and fractured cheek bone. I was immediately taken to Ben Taub hospital for medical treatment. Harris County deputies have a history of violent behavior towards inmates one month prior to my assault an inmate was assaulted and placed in a holding cell with severe injuries and died from his injuries in that cell. This is exactly what they did to me. That same day I got back from the hospital and filed a grievance # 40453 and was told that Internal Affairs was looking into the incident. Its been seven months and I have yet to hear from Internal Affairs. I feel that I don't have any other choice but to file a civil suit. Do to the extent of my injuries a broken nose, fractured cheek bone and fractured ur canal the deputies should be fired and criminally charged. I am also seeking 10 million dollars for my pain and suffering from my injuries.