IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OTIS FOGLE, a/k/a OTIS FOGLE, III, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. H-22-0191 |
| | § | |
| SERGEANT FNU COLLINS, | § | |
| | § | |
| *Defendant.* | § | |

**ORDER OF DISMISSAL**

Public online records for the Texas Department of Criminal Justice show that plaintiff is no longer in custody of that state agency. A review of the Court's docket shows that plaintiff has not provided the Court with his current address.

Under the Local Rules of the United States District Court for the Southern District of Texas, notices regarding cases will be sent only to a litigant's address on file. L.R. 83.4. A *pro se* litigant is responsible for keeping the Court informed in writing of his current address. *Id.* In absence of a current address for plaintiff, this case cannot move forward.

This lawsuit is **DISMISSED WITHOUT PREJUDICE** under Rule 41(b) for plaintiff's failure to prosecute and to keep the Court informed of his current address. Plaintiff may seek relief from this dismissal through the filing of a timely and properly supported motion under Federal Rule of Civil Procedure 60(b). Because plaintiff has not paid the filing fee in this case, any Rule 60(b) motion must be filed with payment of the $402.00 filing fee. If plaintiff is unable to pay the filing fee, the Rule 60(b) motion must be

filed with a properly-supported application to proceed *in forma pauperis*, disclosing plaintiff's current funds, assets, financial resources, and income from all public and private sources.

Signed at Houston, Texas, on this the 20th day of February, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE